[No. 1449-2.    Division Two.    April 9, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON EVERETT TEFFT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5154, Alan R. Hallowell, J., entered May 3, 1974. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Pearson and Petrie, JJ.

[No. 1254-2.    Division Two.    April 14, 1975.]

THOMAS F. STONE, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 215170, Bertil E. Johnson, J., entered October 9, 1973. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Andersen, JJ.

[No. 2886-1.    Division One.    April 14, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. HERSEY F. SAMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 58267, Edward E. Henry, J., entered July 27, 1972. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and James, J.

[No. 2598-1.    Division One.    April 14, 1975.]

SOLIN NORRIX, *Individually and as Guardian, Respondent*, v. ERNEST SIGURDSON *et al, Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 749912, William C. Goodloe, J., entered October 11, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Swanson, J.